# Exhibit F



# CHARTIS
## Specialty Workers Compensation Group
### INVOICE

Invoice number: 500000106693
For billing inquiries call: (800) 645-2259
Email SWCLCD@chartisinsurance.com
**CUSTOMER NUMBER 1021078062**
Billed to: 1021078062

Billing Date: 02/18/2011
Page 1 of 1

Producer: P0074323

00000

PREFERRED TANK & TOWER, INC.
5444 E INDIANA
EVANSVILLE, IN 47715-0000

ARTHUR J GALLAGHER RISK MANAGEMENT
SERVICES INC.
1900 WEST LOOP S
STE 1600
HOUSTON, TX 77027

## FINAL AUDIT PREMIUM BILLING
*Please contact your producer for any questions regarding your policy*

| (A) ITEMS | (B) POLICY | (C) PAYMENT RECEIVED | (D) FEE CHARGE* | (E) TOTAL POLICY BALANCE TO DATE | AMOUNT BILLED ON THIS INVOICE ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | PREVIOUSLY BILLED || | CURRENTLY BILLED ||
| | | | | | (F) Due Date | (G) Amount | | (H) Due Date | (I) Amount |
| AUDIT | WC 3429718 | 0.00 | 0.00 | 1,508,168.00 | | 0.00 | + | 03/20/2011 | 1,508,168.00 |
| | | | | **AMOUNT DUE** | | 0.00 | | | 1,508,168.00 |

Please pay either the amounts in (I) by the due date or
your current policy may be subject to cancellation.

Account summary through
TOTAL POLICY PREMIUM                1,531,324.00
TOTAL PAYMENT RECEIVED TO DATE         23,226.00
TOTAL REFUNDS                              0.00
FEES BILLED TO DATE                       70.00
CURRENT BALANCE                     1,508,168.00

Failure to pay the above might result in cancellation of any workers' compensation policy that is currently in force covering the insured referenced above.

*Thank you for Insuring with Chartis*

---

**RETURN PAYMENT COUPON BELOW WITH YOUR PAYMENT **** DO NOT SEND A PHOTOCOPY**

| INVOICE | CUSTOMER ID | POLICIES INVOICED | AMOUNT DUE DETAIL ABOVE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 500000106693 | 1021078062 | WC 3429718 | 1,508,168.00 | |

☐ CHECK HERE IF YOUR ADDRESS HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE

☐ CHECK HERE IF YOUR POLICY IS FINANCED AND ADVISE US IMMEDIATELY

SEND PAYMENT TO:

Chartis
22427 Network Place
Chicago, IL 60673-1224

SEND CORRESPONDENCE TO:

CHARTIS
Specialty Workers Compensation Group
PO Box 409
Parsippany, NJ 07054-0409

BILLED TO:

PREFERRED TANK & TOWER, INC.
5444 E INDIANA
EVANSVILLE, IN 47715-0000

**INSUREDS COPY**

013 000000050000106693 03202011 0 000001508168000 4



## CHARTIS

| | | |
|---|---|---|
| AUDUBON INSURANCE COMPANY | GRANITE STATE INSURANCE CO. | AUDUBON INDEMNITY COMPANY |
| CHARTIS SPECIALTY INS. CO. | ILLINOIS NATIONAL INSURANCE CO. | NEW HAMSHIRE INSURANCE CO. |
| CHARTIS SELECT INSURANCE COMPANY | INS CO OF THE STATE OF PENN | LANDMARK INSURANCE COMPANY |
| AMERICAN HOME INSURANCE CO. | LEXINGTON INSURANCE COMPANY | NATIONAL UNION F.L. OF LA |
| CHARTIS PROPERTY CASUALTY CO. | CHARTIS CASUALTY COMPANY | CHARTIS EXCESS LIMITED |
| COMMERCE & INDUSTRY INS CO. | NATIONAL UNION FIRE INS. CO. | CHARTIS INSURANCE COMPANY OF CANADA |

### ADDITIONAL INFORMATION

Please refer to the policy Extension Schedule form 7754 for each state for any surcharges to recoup assessments by applicable state funds.

### PAYMENT OPTIONS

**FULL PAYMENT**
Pay the premium in full, with no installment fee.

**SELECTED PAYMENT PLAN**
Pay the premium on the payment schedule shown below.

### EXPLANATION OF TERMS and CANCELLATION PROCEDURE

- If a Notice of Cancellation has been issued in connection with any policy identified in the Invoice, this Invoice does not rescind or supercede the Notice of Cancellation or reinstate the policy; nor is it an offer to do so.

- The "Currently Billed Due Date" (H) is the date your payment is due in our office. Fees and charges, if applicable, will be assessed on the next bill date. See fees and charges section for detail.

- If you fail to pay the currently billed amount, or pay less than the currently billed amount, we may issue a legal cancellation notice due to nonpayment of premium.

**WC 3429718 Policy Period: 08/11/2009 to 08/11/2010 Full Pay**

### FEES AND CHARGES, IF APPLICABLE

Fees and charges vary by state. Actual fees and charges are specified on the reverse side of the invoice where applicable.
Fees and charges applicable to your account may include the following:
-An installment service fee of up to $10.00 may be charged for each installment billed.
-A late fee of up to $25.00 may be charged if an invoiced amount is not received by the invoice due date.
-An insufficient funds (NSF) fee of up to $30.00 may be charged for checks returned due to insufficient funds.
-A reinstatement fee of up to $30.00 may be charged when we agree to reinstate the policy after it has been cancelled for non-payment of premium.

### GENERAL INFORMATION

Return the payment slip with your check or money order for the amount you selected as shown on the front of this bill.
Please notify us immediately of any changes of address. It will help us to serve you better, and may prevent a late payment fee or revocation of the installment payment privileges.
For policy changes please contact your producer.

**Print change of address, fax, telephone and e-mail below.**

**SEND PAYMENTS TO:**
Chartis
22427 Network Place
Chicago, IL 60673-1224

STREET ADDRESS

CITY             STATE            ZIP

**SEND CORRESPONDENCE TO:**
CHARTIS
Specialty Workers Compensation Group
PO Box 409
Parsippany, NJ 07054-0409

BUSINESS PHONE NUMBER

FAX NUMBER

E-MAIL ADDRESS