UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:13-cv-10-RLY-WGH |
| PREFERRED TANK & TOWER, INC., PREFERRED TANK & TOWER MAINTENANCE DIVISION, INCORPORATED, and PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC., | ) ) ) ) | |
| Counter Claimant, | ) ) | |
| v. | ) ) | |
| COMMERCE & INDUSTRY INSURANCE COMPANY, | ) ) ) | |
| Counter Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER
ON ATTORNEY CONFERENCE CALL**

At the request of counsel, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on June 3, 2015, for an attorney conference call. After that conference, the Magistrate Judge continued to privately caucus with the parties. Thereupon the following **ORDER** is entered:

A **TELEPHONIC STATUS CONFERENCE** is set for **MONDAY, JULY 13, 2015**, at 8:45 a.m., Evansville time (CDT), before the Magistrate Judge.  **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

SO ORDERED.

**Dated:**  July 1, 2015

                                                       WILLIAM G. HUSSMANN, JR.
                                                           Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**