UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:13-cv-10-RLY-WGH |
| PREFERRED TANK & TOWER, INC., PREFERRED TANK & TOWER MAINTENANCE DIVISION, INCORPORATED, and PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC., | ) ) ) ) | |
| Counter Claimant, | ) ) | |
| v. | ) ) | |
| COMMERCE & INDUSTRY INSURANCE COMPANY, | ) ) ) ) | |
| Counter Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, by telephone, at 8:00 a.m., on July 13, 2015, for a conference under Rules 16, Federal Rules of Civil Procedure. Plaintiff was represented by counsel, Steven M. McCartan and Steve Barber. Defendants

were represented by counsel, Catherine Behrens Lamey, Dennis Brinkmeyer, and Maurice E. Doll.

Thereupon the following **ORDERS** are entered:

1. The parties reported substantial progress towards resolution. They are directed to file their stipulation of dismissal by not later than July 22, 2015.

2. In the event the stipulation of dismissal is not filed by that date, a **TELEPHONIC STATUS CONFERENCE** will be held on **MONDAY, AUGUST 10, 2015**, at 8:00 a.m., Evansville time (CDT), before the Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** July 15, 2015

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**