UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PREFERRED TANK & TOWER, INC. and PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC. and PREFERRED TANK & TOWER MAINTENANCE DIVISION INCORPORATED<br>Defendants. | Civil Action No. 3:13-cv-10-RLY-WGH |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, through counsel, Plaintiff COMMERCE & INDUSTRY INSURANCE COMPANY; and Defendants PREFERRED TANK & TOWER, INC, PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC, and PREFERRED TANK & TOWER MAINTENANCE DIVISION INCORPORATED, pursuant to Fed. R. Civ. P. 41(a)(2), and jointly stipulate to the dismissal of this cause of action without prejudice, and in support of this stipulation state as follows:

1. The parties have executed a Settlement Agreement and Release that resolves all of the issues in this case.

2. In light of the Settlement and Release, there is no need to continue this litigation.

3. It is the agreement of the parties that this civil action should be dismissed without prejudice, with each party to be responsible for its own costs.

WHEREFORE, all parties request that the Court dismiss this civil action <u>without prejudice</u>, with each party to be responsible for its own costs; and enter such other relief as may be appropriate under the circumstances.

Dated:   August 24, 2015                     Respectfully submitted,

**COMMERCE & INDUSTRY INSURANCE COMPANY**


By:   /s/ Steven M. McCartan

Steve Barber (Atty. #2560-82)
**BARBER & BAUER, LLP**
123 NW Fourth Street, Suite 402
Evansville, Indiana  47708
Telephone:  (812) 425-9211
Facsimile:  (812) 425-9216
Email: steve@barlegal.net

Steven M. McCartan, admitted *pro hac vice*
**SHOOK, HARDY & BACON LLP**
2555 Grand Avenue
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: smccartan@shb.com
Email: saripoli@shb.com

ATTORNEYS FOR PLAINTIFF COMMERCE & INDUSTRY INSURANCE COMPANY

**PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC. AND PREFERRED TANK & TOWER MAINTENANCE DIVISION, INCORPORATED**

By: __/s/ Dennis Brinkmeyer_____

Dennis Brinkmeyer, Attorney No. 3595-82
BLACKARD & BRINKMEYER LLC
525 Sycamore Street
Evansville, IN 47708
Email: kkempf@wowway.com
Telephone: (812) 423-3125
Facsimile: (812) 426-0779

Catherine B. Lamey, Attorney No. 3731-82
10366 Wexford Court
Newburgh, IN 47630
Email: c.b.lamey@wowway.com
Telephone: (812) 431-2804
Facsimile: (812) 490-6768

ATTORNEYS FOR DEFENDANTS PREFERRED TANK & TOWER MAINTENANCE DIVISION, INC. AND PREFERRED TANK & TOWER MAINTENANCE DIVISION, INCORPORATED

**PREFERRED TANK & TOWER, INC.**

By: __/s/ Maurice E. Doll_____

Maurice Doll, IN Bar # 4554-42
DOLL & SIEVERS ATTORNEYS AT LAW LLC
P.O. Box 703,
Newburgh, IN 47629-0703
Email: morriedoll@hotmail.com
Telephone: (812) 858-5200
Facsimile: (812) 858-5204

ATTORNEYS FOR DEFENDANT PREFERRED TANK & TOWER, INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 24, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    */s/ Steven M. McCartan*
                                   An Attorney for Commerce & Industry Insurance Company